672

No. 623. WEST ET. AL. *v.* AMERICAN TELEPHONE & TELEGRAPH Co. October 27, 1941. The motion to use the certified record in Nos. 44 and 45, October Term, 1940, and to dispense with the printing thereof, is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is denied. *Messrs. Harry L. Deibel* and *Orlin F. Goudy* for petitioners. *Mr. William B. Cockley* for respondent.

No. 38. LOVELL ET AL. *v.* DULAC CYPRESS Co., LTD. ET AL; and

No. 82. DULAC CYPRESS Co., LTD. ET AL. *v.* LOVELL ET AL. October 27, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James Q. Smith* for petitioners in No. 38 and respondents in No. 82. *Mr. Roberts C. Milling* for respondents in No. 38 and petitioners in No. 82. Reported below: 117 F. 2d 1.

No. 594. TAKOMA PARK BANK, INC. *v.* ABBOTT. October 27, 1941. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Messrs. Leonard J. Ganse, John W. Cragun,* and *Carl F. Bauersfeld* for petitioner. *Mr. W. C. Sullivan* for respondent.

No. 597. COLLIN & GISSEL (LUDWIG BAER) *v.* UNITED STATES. October 27, 1941. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Ernest F. Mechlin* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Paul P. Rao, Charles D. Lawrence,* and *John R. Benney* for the United States.